# Exhibit 1

US0D1007194S

(12) **United States Design Patent**
Li

(10) Patent No.: **US D1,007,194 S**
(45) Date of Patent: ** **Dec. 12, 2023**

(54) **PILLOW**

(71) Applicant: **Hua Li**, Guizhou (CN)

(72) Inventor: **Hua Li**, Guizhou (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/911,117**

(22) Filed: **Aug. 29, 2023**

(51) **LOC (14) Cl.** ............................................... **06-09**

(52) **U.S. Cl.**
USPC ......................................................... **D6/601**

(58) **Field of Classification Search**
USPC .................. D6/582–589, 592–594, 596–601,
D6/604–606, 610–611; D21/803–804,
D21/808–809; D24/183–184
CPC .......... A47C 7/021; A47C 7/36; A47C 7/383;
A47C 7/425; A47C 7/54; A47C 7/546;
A47C 17/64; A47C 17/645; A47C 17/66;
A47C 17/68; A47C 17/70; A47C 17/74;
A47C 17/80; A47C 17/82; A47C 20/00;
A47C 20/021; A47C 20/023; A47C
20/025; A47C 20/026; A47C 20/027;
A45F 4/06; A45F 4/08; A45F 2004/026;
A47G 9/1009; A47G 9/10; A47G 9/1027;
A47G 9/1036; A47G 9/1045; A47G
9/1054; A47G 9/1063; A47G 9/1072;
A47G 9/1081; A47G 9/109; A47G
2009/1018; A47K 3/125
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D759,991 | S | * | 6/2016 | Jing | D6/601 |
| D880,195 | S | * | 4/2020 | Yang | D6/601 |
| D881,603 | S | * | 4/2020 | Yang | D6/601 |
| D913,013 | S | * | 3/2021 | Rensin | D6/601 |
| D930,400 | S | * | 9/2021 | Betham | D6/601 |
| D932,803 | S | * | 10/2021 | Yang | D6/601 |
| D932,804 | S | * | 10/2021 | Yang | D6/601 |
| D941,610 | S | * | 1/2022 | Zhang | D6/601 |
| D944,033 | S | * | 2/2022 | Yang | D6/601 |
| D944,037 | S | * | 2/2022 | Yang | D6/601 |
| D957,849 | S | | 7/2022 | Li | |
| D959,875 | S | * | 8/2022 | Zhang | D6/601 |
| D959,876 | S | * | 8/2022 | Zhang | D6/601 |
| D961,297 | S | | 8/2022 | Liu | |
| D976,029 | S | | 1/2023 | He | |
| D979,288 | S | | 2/2023 | Zou | |

(Continued)

OTHER PUBLICATIONS

Voovc, first available May 19, 2022 [online], [retrieved Sep. 26, 2023], Retrieved from internet, https://www.amazon.com/Cervical-Voovc-Sleeping-Ergonomic-Orthopedic/dp/B0B1PXWLBF/ref=sr_1_69 (Year: 2022).*

(Continued)

*Primary Examiner* — Mary Ann Calabrese
*Assistant Examiner* — Harper E Comstock
(74) *Attorney, Agent, or Firm* — Hawaii Patent Services;
Nathaniel K. Fedde; Kenton N. Fedde

(57) **CLAIM**

The ornamental design for a pillow, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, top perspective view of a pillow, showing my new design;
FIG. **2** is a rear, bottom perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left side view thereof, the right side view being a mirror image of FIG. **5**;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The dashed broken lines in the figures are for the purposes of illustrating portions of the pillow, which form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



**US D1,007,194 S**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

D982,354 S    4/2023  Zou
D982,355 S    4/2023  Chen
D984,173 S    4/2023  Liu
D986,639 S    5/2023  He
D990,934 S    7/2023  He
D993,670 S    8/2023  Zhang

OTHER PUBLICATIONS

CN3020220026048, Application date: Jun. 29, 2022, China National
Intellectual Property Administration, Publication date: May 24,
2023, Owner: Qingdao Yongli Liangpin International Trade Com-
pany Limited, Creator: For die high; Inn Wanli. (Year: 2023).*
Domniu, first available Mar. 3, 2023 [online], [retrieved Sep. 26,
2023], Retrieved from internet, https://www.amazon.com/Cervical-
Ergonomic-Orthopedic-Breathable-Pillowcase/dp/B0BXC9WS8Z/
ref=sr_1_79 (Year: 2023).*
Saheyer, first available Apr. 13, 2023 [online], [retrieved Sep. 26,
2023], Retrieved from internet, https://www.amazon.com/Cervical-
Adjustable-Orthopedic-Cooling-Sleepers/dp/B0C2CG84JN?th=1 (Year:
2023).*

* cited by examiner



*FIG.1*



FIG.2



*FIG.3*



*FIG.4*



*FIG.5*



FIG.6



FIG.7